UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In Re:                                                    Chapter 11

    LGID NY LLC,                               Case No. 22-43171

                          Debtor.
---------------------------------------------------------X

## DECLARATION OF DAVID GOLDWASSER PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4

David Goldwasser hereby declares under penalty of perjury that the following statements are true and correct:

1. I am the managing member for FIA Capital Partners LLC, manager of LGID NY LLC, the debtor and debtor in possession (the "Debtor"), and am fully familiar with the facts set forth herein.

2. I submit this declaration in accordance with Rule 1007-4 of the Local Rules for the United States Bankruptcy Court for the Eastern District of New York (the "Local Rules") in support of the Debtor's filing of a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**Local Rule 1007-4(a)(i)**

3. The Debtor is not a small business debtor.

**Local Rule 1007-4(a)(ii)**

4. The Debtor is a limited liability company, which is the assignee of: (i) a contract to purchase the real property located at 413 and 417-425 Washington Avenue, North Haven, Connecticut; and (ii) a contract to purchase the real property located at 405 Washington Avenue, North Haven, Connecticut (collectively, the "Properties"). The Properties are currently owned by

CRA NH LLC, a Delaware limited liability company, with a mailing address of 505 Fifth Avenue, 27th Floor, New York, New York 10017 ("Seller"). The collective purchase price for the Properties is $6,000,000.

5. Seller has agreed to extend the date for Closing to a date not later than December 22, 2022. The Debtor's filing was precipitated by the Debtor's need for additional time to consummate the purchase and sale agreements with the Seller and avoid defaulting on the agreements and losing its right to purchase the Properties and its contract deposit

**Local Rule 1007-4(a)(iii)**

6. This case was not originally commenced under Chapter 7 or 13 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code").

**Local Rule 1007-4(a)(iv)**

7. Upon information and belief, no committee was organized prior to the order for relief in this Chapter 11 case.

**Local Rule 1007-4(a)(v)**

8. A list of the names and addresses of the Debtor's respective 20 largest unsecured claims, excluding those who would not be entitled to vote at a creditors' meeting under 11 U.S.C. Section 702; those who were employees of the Debtor at the Filing Date, and creditors who are "insiders" as that term is defined in 11 U.S.C. Section 101(31) will is annexed to the Petition.

**Local Rule 1007-4(a)(vi)**

9. The Debtor does not have any secured creditors

**Local Rule 1007-4(a)(vii)**

10. A summary of the Debtor's assets and liabilities will be filed with the Court.

**Local Rule 1007-4(a)(viii)**

11. There are no publicly held securities of the Debtor. A list of equity security holders will be filed with the Court.

**Local Rule 1007-4(a)(ix)**

12. None of the Debtor's property is in the possession of any custodian, public officer, mortgagee, pledge, assignee of rents, or secured creditor, or any agent for such entity.

**Local Rule 1007-4(a)(x)**

13. The Debtor has rights as a contract vendee of the Properties.

**Local Rule 1007-4(a)(xi)**

14. Upon information and belief, substantially all of the Debtor's books and records are in my possession.

15. The Debtor does not own any assets outside the territorial limits of the United States.

**Local Rule 1007-4(a)(xii)**

16. There are no actions or proceedings pending against the Debtor.

**Local Rule 1007-4(a)(xiii)**

17. The Debtor's senior management consists of me.

**Local Rule 1007-4(a)(xiv)**

18. The payroll for the thirty (30) day period following the filing of the chapter 11 petition will be: $00.00.

**Local Rule 1007-4(a)(xv)**

19. No funds will be paid for services to its officers and directors as a management fee for the thirty (30) day period following the filing of the Chapter 11 petition.

**Local Rule 1007-4(a)(xvi)**

20. The Debtor cash receipts and disbursements for the thirty (30) day period following the filing of the Chapter 11 petition will be approximately:

**Income: $00.0**

**Disbursements: $00.00**

I hereby declare, pursuant to section 1746 of title 28 of the United States Code that the foregoing is true to the best of my knowledge, information and belief.

Dated: December 21, 2022

LGID NY LLC
By: FIA Capital Partners LLC
Manager


By: /S/ David Goldwasser_____
David Goldwasser
Managing Member